**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Clear Choice Energy, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-2577366 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**100 Crossways Park Drive West**<br>**Woodbury, NY 11797**<br>Number, Street, City, State & ZIP Code<br><br>**Nassau**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   **Clear Choice Energy, LLC**                                                                Case number (*if known*)
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | **Big Apple Energy, LLC** | Relationship | **Affiliate** |
    |---|---|---|---|
    | District | **Eastern District of New York** | When **8/27/18** | Case number, if known |

Debtor  **Clear Choice Energy, LLC**  Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Clear Choice Energy, LLC**           Case number (*if known*) _____
      Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 27, 2018**
              MM / DD / YYYY

X _____[signature]_____           Victor Ferreira
Signature of authorized representative of debtor           Printed name

Title  **Manager of BAE Energy Management, LLC, Sole Member of Debtor**

**18. Signature of attorney**

X _____[signature]_____           Date  **August 27, 2018**
Signature of attorney for debtor                 MM / DD / YYYY

**Jonathan I. Rabinowitz 1426592**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone  **973-597-9100**           Email address  _____

**1426592 NY**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Clear Choice Energy, LLC | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DTE Energy<br>414 S. Main Street<br>Suite 200<br>Ann Arbor, MI 48104 | | | | | | $340,750.00 |
| Macquarie Bank, Ltd.<br>125 West 55th Street<br>Level 20<br>New York, NY 10019 | | | | $20,800,000.00 | Unknown | Unknown |
| New York Independent System Operator<br>10 Krey Boulevard<br>Rensselaer, NY 12144 | | | | | | $3,200,000.00 |
| Penta Mezzanine SBIC Fund I, L.P.<br>20 N. Orange Avenue<br>Suite 1550<br>Orlando, FL 32801 | | | | $4,000,000.00 | Unknown | Unknown |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re **Clear Choice Energy, LLC**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                   $       100,000.00
    Prior to the filing of this statement I have received                         $       100,000.00
    Balance Due                                                                   $             0.00

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **A $100,000 retainer was paid to Rabinowitz, Lubetkin & Tully, LLC by Big Apple Energy, LLC, as a retainer for post-petition services on behalf of the Debtor and its affiliate Big Apple Energy, LLC. The retainer was infused into the Debtor by Victor Ferreira, manager of BAE Energy Management, LLC, the sole member of the Debtor. It is anticipated that an additional $150,000 retainer shall be paid to Rabinowitz, Lubetkin & Tully, LLC pursuant to a carveout in connection with anticipated DIP financing from Macquarie Bank Limited.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 27, 2018**
*Date*

Jonathan I. Rabinowitz 142659
*Signature of Attorney*
**Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100   Fax: 973-597-9119**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re  Clear Choice Energy, LLC

Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BAE Energy Management, LLC<br>100 Crossways Park Dr. W.<br>Suite 405<br>Woodbury, NY 11797 | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager of BAE Energy Management, LLC, Sole Member of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  August 27, 2018              Signature  _/s/ Victor Ferreira_
                                              Victor Ferreira

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Eastern District of New York

In re   Clear Choice Energy, LLC                                         Case No.  _____
                                    Debtor(s)                            Chapter   11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   August 27, 2018

_____
Victor Ferreira/Manager of BAE Energy Management, LLC, Sole Member of Debtor
Signer/Title

Date:   August 27, 2018

_____
Signature of Attorney
Jonathan I. Rabinowitz 1426592
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100   Fax: 973-597-9119

AAA Esco, LLC
136 Bay Street
Staten Island, NY 10301


All American Power & Gas
2562 Hylan Boulevard
Staten Island, NY 10306


Allied Energy
76 Union Avenue
Suite H
Ronkonkoma, NY 11779


Ameristar Energy, LLC
8 Shetland Lane
Saint James, NY 11780


Angela Batterson, Esq.
Katten Muchin RosenmanLLP
575 Madison Avenue
New York, NY 10022


Brennan Posner, Esq.
Eversheds-Sutherland
999 Peachtree Street, N.E
#2300
Atlanta, GA 30309


Christine H. Black
Office of the US Trustee
Alfonso D'Amato Federal C
560 Federal Plaza
Central Islip, NY 11722-4456


City Power and Gas, LLC
9 Stonewall Ridge Road
Newtown, CT 06470


Definite Energy
410 Park Avenue
New York, NY 10022


DTE Energy
414 S. Main Street
Suite 200
Ann Arbor, MI 48104

Dual Fuel Energy Corp.
3605 Segdewick Avenue
Bronx, NY 10463


EDISC
445 Broad Hollow Road
Suite 25
Melville, NY 11747


Energy Solutions
14 Plane Tree Lane
Dix Hills, NY 11746


First Choice Energy
23 Sleepy Hollow Lane
Huntington Station, NY 11746


Flanders Energy
645 Rossville Avenue
Staten Island, NY 10309


Global Energy
95-25 Queens Boulevard
Rego Park, NY 11374


Hi-Rise Energy, LLC
5 Regal Court
Saint James, NY 11780


Ira Kasdan, Esq.
Kelley, Drye & Warren, LL
101 Park Avenue
New York, NY 10178


Karen Ferreira
36 Cedar Street
Syosset, NY 11791


Keil & Sons
1 Fairview Avenue
Fairview, NJ 07022

Light Power & Gas
1449 37th Street
Suite 611
Brooklyn, NY 11218


Macquarie Bank, Ltd.
125 West 55th Street
Level 20
New York, NY 10019


New York Independent
System Operator
10 Krey Boulevard
Rensselaer, NY 12144


North Energy
1425 37th Street
Brooklyn, NY 11218


North Energy Power, LLC
1481 47th Street
Brooklyn, NY 11219


NYC Department of Finance
345 Adams Street, 3rd Fl.
Attn: Legal Affairs Div.
Brooklyn, NY 11201-3719


NYSDeptofTaxation&Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Pay Less Energy
111 Washington Avenue
Albany, NY 12210


Penta Mezzanine SBIC
Fund I, L.P.
20 N. Orange Avenue
Suite 1550
Orlando, FL 32801


Pure Energy USA
648 Bay Street
Staten Island, NY 10304

Renaissance Power & Gas
1771 E. Flamingo Road
Las Vegas, NV 89119


RXR Realty LLC
625 RXR Plaza
Uniondale, NY 11556


Union Atlantic Energy
261 South Main Street
Newtown, CT 06470


United Energy Supply Corp
235 Sussex Road
New Rochelle, NY 10804


United Metro Energy Servi
500 Kingsland Avenue
Brooklyn, NY 11222


United States Attorney
Eastern District of NY
Attn:   LI Bank. Processi
610 Federal Plaza, 5th Fl
Central Islip, NY 11722-4454


Utility Expense Reduction
410 Franklin Avenue
Garden City, NY 11530


Victor Ferreira
36 Cedar Street
Syosset, NY 11791

# United States Bankruptcy Court
## Eastern District of New York

In re    **Clear Choice Energy, LLC**                                     Case No. _____
                                 Debtor(s)                             Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Clear Choice Energy, LLC** in the above captioned action, certifies that the following is a (are) LLC other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the LLC equity interests, or states that there are no entities to report under FRBP 7007.1:

BAE Energy Management, LLC
100 Crossways Park Dr. W.
Suite 405
Woodbury, NY 11797

☐ None *[Check if applicable]*

**August 27, 2018**                          /s/ Jonathan I. Rabinowitz 1426592
Date                                        Signature of Attorney or Litigant
                                         Counsel for    **Clear Choice Energy, LLC**
                                         Rabinowitz, Lubetkin & Tully, LLC
                                         293 Eisenhower Parkway
                                         Suite 100
                                         Livingston, NJ 07039
                                         973-597-9100 Fax:973-597-9119

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Clear Choice Energy, LLC   **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.: _____   JUDGE: _____   DISTRICT/DIVISION: Eastern District of New York

DEBTOR NAME: Big Apple Energy, LLC

CASE STILL PENDING (Y/N):   Y        *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.: _____   JUDGE: _____   DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____      *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.: _____   JUDGE: _____   DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____      *[If closed]* Date of closing: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

Jonathan I. Rabinowitz 1426592
Signature of Debtor's Attorney
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100 Fax:973-597-9119

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

## UNANIMOUS CONSENT
## OF CLEAR CHOICE ENERGY, LLC

I, the undersigned manager of BAE Energy Management, LLC, the sole member of Clear Choice Energy, LLC (the "Company"), hereby confirm the adoption of the Company of the following resolutions:

BE IT RESOLVED that the Company is authorized to institute a Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, L.L.C. to act as its bankruptcy counsel in connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this 27 day of August, 2018.

BAE ENERGY MANAGEMENT, LLC
(Sole Member of Company)

By: _____
Manager of BAE ENERGY Management, LLC
Sole Member